UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASMINE TORO, *on behalf of herself and all others similarly situated*,

                Plaintiff,

-against-

CURBSIDE CLOTHING, INC.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2024

23-cv-4336 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

        The Court is in receipt of a letter from the plaintiff stating that the parties have reached a settlement in principle [ECF No. 21].  Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by May 30, 2024.  If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date:  April 30, 2024**
       **New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**